# EXHIBIT A



**ALAXCO INTERNATIONAL**
10611 Broadway St Pearland, TX 77584
USA
Tel -+1 594 8755 8722

DATE: 13 / 11/ 2020

Contract No: 786/110/ATL/4121

**SUBJECT - SALES CONTRACT FOR DISTILLERS DRIED GRAINS (DAKOTA GOLD)**

TO,

TAYA AGRICULTURAL FEED MILL CO.
OMAR BIN AL-KHATTAB STREET
NEAR RASHDEIAH OVERBRIDGED
BURAIDAH, SU 51431
SAUDI ARABIA

(DDGS) DISTILLERS DRIED GRAINS DDGS (DAKOTA GOLD)

**ITEMS SPECIFICATION**

Maximum Moisture Content - 12 %
Minimum Crude Protein Content - 28%
Minimum Crude Fat Content - 4%
Maximum Aflatoxin Content - 18 PPB
Hunter L colour Scale - 48

One Thousand Metric Ton (1000MT) shipped to TAYA AGRICULTURURAL FEED MILL CO.

PRICE 305USD PER MT

CFR ANY DAMMAM PORT IN SAUDI ARABIA

COUNTRY OF ORIGIN USA

SEA SHIPMENT IN CONTAINERS

SHIPMENT DATE 1ST DECEMBER 2020

➔ VALIDITY 1 WEEK FROM DATE ON CONTRACT

PAYMENT TERMS - 50% ADV , BALANCE 50% AGAINST SHIPPING DOCUMENT

We ALAXCO INTERNATIONAL hereby undertake to produce and package for shipment items strictly on the above conditions without defects or damages, prevailing all other shipping conditions.

SELLER                                                        BUYER

DR. DL BROWN                                      _____
_____



**ALAXCO INTERNATIONAL**
10611 Broadway St Pearland, TX 77584
USA
Tel -+1 594 8755 8722

*Proforma Invoice*

| Seller (Name, Address) | PI NO: 786/110/ATL/4121 | Buyer Commercial ID NO: 102008635273 |
|---|---|---|
| ALAXCO INTERNATIONAL<br>10611 BROADWAY ST PEARLAND<br>TEXAS, USA | Date: 13 / 11 / 2020 | Validity:   7 DAYS |
| | Buyers Reference | Seller's Reference |
| **Consignee (Name Address)**<br>TAYA AGRICULTURAL FEED MILL CO.<br>OMAR BIN AL-KHATTAB STREET<br>NEAR RASHDEIAH OVERBRIDGED<br>BURAIDAH, SU 51431<br>SAUDI ARABIA | **Buyer/ Notify Party (Name , Address)**<br>TAYA AGRICULTURAL FEED MILL CO.<br>OMAR BIN AL-KHATTAB STREET NEAR RASHDEIAH OVERBRIDGED<br>BURAIDAH, SU 51431  SAUDI ARABIA | |
| **Freight forwarder (Name ,Address)** | Country Of Origin :  USA | Country of Destination: SAUDI  ARABIA |
| Partial Shipment: Allowed | Transhipment : Allowed | Terms of Delivery:  COST ANF FREIGHT  CFR | |
| **Transport Mode:**<br>SEA | Port of loading | **Terms of payment**<br>50% Adv , Balance 50% Payable Against Shipping Documents. | **Bank Details:**<br>Acc name: ALAXCO INTERNATIONAL<br>Acct. Number: 660278687<br>Swift code: CHASUS33<br>Bank: JP MORGAN CHASE BANK<br>Bank address: 10611 Broadway St Pearland, TX 77584  USA |
| Port of Delivery:<br>DAMMAM PORT<br>SAUDI ARABIA | Final Destination:<br>DAMMAM<br>SAUDI ARABIA | | |
| **Shipping Mark:**<br>Container Vessels | Contract Ref no:   786/110/ATL/4121 | | |
| | Contract Date:   13 / 11/ 2020 | | |

| Item | Item Description | | Net Quantity NOS | Unit Price CIF USD | Amout CIF - USD |
|---|---|---|---|---|---|
| 1 | DDGS Distillers Dried Grains Dakota Gold | | 1000 MT | USD 305/ MT | USD 305,000.00 |
| Net Weigth : | | Total | | Total amount | |
| | | | | Other Expenditure | - |
| | | | | Discount | - |
| | | | | Freight Charges USD | |
| | | | | Total Amount | USD 305,000.00 |

**Note:**
1. Proforma Validity is for Banking Purpose only
2. Insurance and Inspection Charges are on buyer.

Amount in Words: Three hundred and five thousand dollars only .

We hereby certify that this invoice shows the actual price of the goods described, that no other invoice has been or will be issued, and that all particulars are true and correct.

NAME OF SIGNATORY   Gil Bernardy
Place of Issue: Tx usa
Date of Issue:   13 Nov 2020
SEAL AND SIGNATURE

*DR. G.L. BROWN.*